# Court of Appeals, State of Michigan

## ORDER

People of the MI v Kevin Robert Smith

Docket No.    334692

LC No.    15-001023-FC

Thomas C. Cameron
Presiding Judge

Patrick M. Meter

Stephen L. Borrello
Judges

The Court orders that the March 19, 2020 opinion is hereby AMENDED to correct a clerical error:  removing the full names of the sexual assault victims from pages 2, 3 and 4.

In all other respects, the March 19, 2020 opinion remains unchanged.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

March 20, 2020
Date

Chief Clerk